UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
..................................................................

JOHN MANNARINO,

                                                **Stipulation of Discontinuance**

                          Plaintiff,              Civil Action No. 21-cv-1042 FJS/CFH

-against-

THE COUNTY OF SCHENECTADY,
DOMINIC A. D'AGOSTINO, as Sheriff of the
County of Schenectady, EUGENE SELLIE and
TIMOTHY BRUCE, Both Individually and as
Agents and Employees of the County of Schenectady
and/or Dominic A. D'Agostino.

                          Defendants.
..................................................................

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their attorneys, that whereas no party hereto is an infant, incompetent person or such person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is, discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: 9/26/2022

LUIBRAND LAW FIRM, PLLC

_____
Kevin A. Luibrand, Esq.
Attorneys for Plaintiff
Office and P.O. Address:
950 New Loudon Road Suite 270
Latham, New York 12110
Telephone: (518) 783-1100
Facsimile: (518) 783-1901
E-mail: kluibrand@luibrandlaw.com

Date: October 14, 2022

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

DATED: 10-13-22

GOLDBERG SEGALLA

Jonathan M. Bernstein, Esq.
Attorneys for Defendant County
Office and P.O. Address:
8 Southwoods Boulevard Suite 300
Albany, New York 12111
Telephone: (518) 453-5400
Facsimile: (518) 463-5420
E-mail: jbernstein@goldbergsegalla.com

DATED: 10/13/22

FITZGERALD MORRIS BAKER FIRTH

John D. Aspland, Jr., Esq.
Attorneys for Defendants Sellie and Bruce
Office and P.O. Address:
68 Warren Street
Glens Falls, New York 12801
Telephone: (518) 745-1400
Facsimile: (518) 745-1576
E-mail: jda@fmbf-law.com